| | |
|---|---|
| **DISTRICT COURT, ARAPAHOE, STATE OF COLORADO**<br>Court Address:<br>7325 S. Potomac Street<br>Centennial, CO 80112 | DATE FILED<br>August 9, 2024 8:38 AM<br>FILING ID: FE72A9B54DA4F<br>CASE NUMBER: 2024CV31728 |
| **Plaintiff: RHONDA ROBERTSON,** an individual<br><br>v.<br><br>**Defendants: LOWES HOME CENTER LLC, a ‘ foreign limited liability company** | **▲COURT USE ONLY▲** |
| Mark L. Bryant, Atty. Reg. No.17743<br>The Law Office of Mark L. Bryant<br>210 Wilcox Street, Suite 210<br>Castle Rock, CO 80104<br>Phone: 303-740-6966<br>Fax: 303-740-8887<br>E-mail: mark@markesq.com | **Case No:**<br><br>**Courtroom/Division:** |
| **COMPLAINT AND JURY DEMAND** | |

Plaintiff, Rhonda Robertson by and through his undersigned counsel Mark L. Bryant, of the Law Office of Mark L. Bryant submits this Complaint and Jury Demand and, in support thereof, states as follows:

## PARTIES

1. Plaintiff Rhonda Robertson (“Robertson”) is a Colorado resident residing at 45710 Stagecoach, CO 80138.

2. Defendant Lowes Home Center LLC, is a North Carolina limited liability company, located at 1000 Lowes Blvd. Mooresville, NC 28117.

3. The incident occurred at Lowest Home Center, 9100 E. Peakview Avenue, Greenwood Village, CO 80112.

## JURISDICTION AND VENUE

5. Venue is proper in the District Court for Arapahoe County, Colorado pursuant to C.R.C.P. 98(c), as it is the county where the incident occurred.

## GENERAL ALLEGATIONS

6. Defendant is the owner / operator of the home improvement store in Greenwood Village, Colorado, located at 9100 E. Peakview Avenue, Greenwood Village, CO 80112.

7. On or about August 10, 2022, at approximately 2:00 p.m. Plaintiff Robertson and her husband were shopping at the Lowes Home Center in Greenwood Village, CO when Plaintiff Robertson slipped on a very slippery substance that was on the floor.

8. Plaintiff Robertson when down hard, striking her head, hip and back.

9. Plaintiff Robertson was unable to get to her feet and was picked up by an ambulance and transported to the emergency room.

10. Plaintiff Robertson was taken to the emergency room at Sky Ridge Medical Center.

11. Plaintiff Robertson underwent a surgical procedure on her broken hip and femur.

12. Plaintiff Robertson was released to a rehabilitation facility after her surgical procedure.

13. Upon information and belief, the fall at Lowes Home Center caused the injury and damages to Plaintiff Robertson.

14. Upon information and belief, the fall that Plaintiff Robertson suffered has caused Plaintiff Robertson permanent impairment.

15. Upon information and belief, Defendant Lowes Home Center LLC was aware that the fall to Plaintiff Robertson caused injury and damage to Plaintiff Robertson.

16. Defendants' negligence caused injuries to the Plaintiff, including, but not limited to, the following:

a. As a result of the Defendants' negligence, the Plaintiff will probably endure in the future permanent injuries and disability, loss of earnings, impairment of earning capacity, physical and mental pain and suffering, and medical expenses.

b. The Plaintiff has suffered actual damages and losses, which were caused by Defendant, in an amount which will reasonably compensate the Plaintiff for the following:

c. physical and mental pain and suffering already endured by the Plaintiff;

d. physical and mental pain and suffering the Plaintiff will endure in the future;

e. reasonable and necessary medical, hospital, and other expenses already incurred by the Plaintiff and which will be incurred in the future because of the injuries suffered by the Plaintiff;

f. reasonable and necessary expenses already incurred, and which will be incurred in the future for rehabilitation procedures, treatment, or rehabilitative occupational training;

g. impairment of earning capacity already incurred and losses which will be incurred in the future;

h. reasonable and necessary expenses already incurred by the Plaintiff for services which she would have rendered to herself or others without income to herself and expenses she will incur in the future for such services;

i. loss of enjoyment of life;

j. impairment of the quality of life;

k. Past and future non-economic damages including but not limited to bodily injury of a serious and permanent nature;

l. medical and related expenses;

m. permanent physical disability;

n. consequential damages and losses.

**FIRST CLAIM FOR RELIEF**
[Negligence]

17. Plaintiff incorporates by reference and alleges paragraphs 1 through 16 above.

18. Plaintiff incurred injuries, damages, and losses.

19. Defendant was negligent.

20. Defendant was negligent because Defendant failed to do and act which a Reasonably careful person would do, or Defendant did an act which a reasonably careful person would not do, under the same or similar circumstances to protect themselves and others from bodily injury and property damage. In other words, the Defendant failed to use that degree of care which a reasonably careful person would use under the same or similar circumstances.

21. Defendant acted or failed to act which, in natural and probable sequence produced the Plaintiff's injuries and without which the Plaintiff's injuries would not have been incurred.

22. Defendant’s negligence was a cause of the Plaintiff's injuries, damages, and losses.

23. Injury to people in the Plaintiff's situation was a reasonably foreseeable consequence of the Defendant's negligence.

**SECOND CLAIM FOR RELIEF**
[Premise liability—Injury to an Invitee]

24. Plaintiff incorporates by reference and alleges paragraphs 1 through 23 above.

25. At all pertinent times, Defendant was a "landowner" within the meaning of the Colorado Premises Liability Act, C.R.S. 13-12-115 by virtue of being legally responsible for the parking and associated activities conducted and circumstances existing at 4801 Morrison Road, Denver, CO 80219.

26. Defendant by conducting an activity on the real property at 9901 East Peakview. Greenwood Village, CO 80112. Plaintiff was injured occupied the land with intent to control it.

27. At all pertinent times, Plaintiff was an "Invitee" as to Defendants and the subject premises at 9904801 Morrison Road, Denver, CO 80219 within the meaning of the Colorado E. Peakview Avenue, Greenwood Village, CO 80112 Act, C.R.S. 13-12-115 by being an invitee of the bar and restaurant.

28. When the Plaintiff was injured, she was as an Invitee of the Defendant on the subject premises at 9901 E. Peakview, Greenwood Village, CO 80112 which was operated, and/or controlled by the Defendants.

29. Defendant had a duty of reasonable care to protect Plaintiff and others like her against dangers of which Defendant actually knew or should have known pursuant to Colorado Premises Liability Act, C.R.S. 13-12-115(3)(c)(I). Those dangers included the dangerous and criminal activities that had taken place at 4801 Morrison Road, Denver, CO 80219.

30. As an Invitee, the Defendant owed Plaintiff a duty of care consistent with that of the presence of an Invitee.

**JURY DEMAND**

30. Plaintiff Rhonda Robertson demands a trial by jury.

WHEREFORE, Plaintiff Barbara DeLeon requests judgment enter in her favor and against Defendant, an award of economic damages for the harm, injuries, and losses he has suffered as a result of Defendants' misconduct, an award of non-economic damages for the for pain and suffering, mental anguish, loss of enjoyment of life, increased risk of harm, and permanent impairment Plaintiff has suffered, an award of attorneys' fees, costs, and pre-judgment and post-judgment interest pursuant to applicable rule or statute, and such other and further relief as the Court deems just and proper.

Respectfully submitted this 9th day of August, 2024.

LAW OFFICE OF MARK L. BRYANT

*/s/ Mark L. Bryant*
Mark L. Bryant, #17743
*Counsel for Plaintiff*

Address of Plaintiff:
Rhonda Robertson
45710 Stagecoach
Parker, CO 80138